# UNITED STATES DISTRICT COURT

**for the**

## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __6:11-MJ-112 MJS__

U.S.A.

v.

ERIC DANIEL SOCIA

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____

DATE of BIRTH: _____

DRIVER'S LICENSE #: _____

ADDRESS: _____

_____

City         State         Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____     _____

Defendant's Signature

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✔) **FINE** of $ __90.00__     (✔) **Penalty ASSESSMENT** of $ __10.00__

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ __100.00__ ,

paid within __30 days__ ~~dxyxxxxxxxxbx~~ **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____

( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____

( ) RESTITUTION _____

( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____

to be completed by _____ with Proof mailed to the Clerk of the Court.

( ) Traffic School By: _____ with Proof mailed to _____

(✔) PROBATION to be ==unsupervised== / supervised for: __12 months unsupervised probation; obey all laws.__

_____

_____

_____

---

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| ☐ CENTRAL VIOLATIONS BUREAU | ☐ CLERK, U.S.D.C. | ✔ CLERK, U.S.D.C. |
|---|---|---|
| PO Box 70939 | 501 'I' St., #4-200 | 2500 Tulare St., Rm 1501 |
| Charlotte, NC 28272-0939 | Sacramento, CA 95814 | Fresno, CA 93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __10/7/2011__     _____Michelle Means Rooney_____

for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007